I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED 8-22-2014

DEPUTY CLERK

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT FOSTER,<br><br>    Petitioner,<br><br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | Case No. EDCV 14-01445 AN<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the related Order.

DATED: August 21, 2014

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE